In the Interest of Mia CONLEY, a Minor Child, Petitioner.

**Melvin CONLEY (Natural Father), Appellant,**

v.

**MISSOURI DIVISION OF FAMILY SERVICES, Respondent.**

No. WD 51207.

Missouri Court of Appeals, Western District.

June 18, 1996.

Melvin Conley, Moberly, acting pro se.

Nancy J. Melton, Independence, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

Melvin Conley, natural father of minor child, Mia Conley, appeals from an order of the family court appointing the child's maternal grandmother, Arvella Scott, her guardian. Affirmed. Rule 84.16(b).